**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| DENNIS GIBBONS, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., *et al.*, <br><br> Defendants, | 2:14-cv-00586-JCM-VCF <br><br><br> **MINUTE ORDER** |

Before the court is *Dennis Gibbons, et al., vs. National Union Fire Insurance Company of Pittsburgh, PA, et al.*, case no 2:14-cv-00586-JCM-VCF. A discovery plan and scheduling order has not been filed pursuant to LR 26-1.

IT IS HEREBY ORDERED that the parties must a file a discovery plan and scheduling order by October 17, 2014.

IT IS FURTHER ORDERED that a discovery hearing is scheduled for 11:30 a.m., October 24, 2014, in courtroom 3D. The hearing will be automatically vacated upon the filing of the joint discovery plan and scheduling order.

Dated this 7th day of October, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE